422392

RECEIVED

APR 17 2002

CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-813 ADM/AJB Case Title: EZ Dock, Inc. v. Connect-A-Dock, Inc.

### Affidavit of Movant

I, Lora Esch Mitchell ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Ned W. Randle , an attorney admitted to practice in the Eastern District of Missouri ,but not admitted to the bar of this court, who will be counsel for ☑ plaintiff ☐ defendant EZ Dock, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| [signature] | 259615 | 4-17-02 |
|---|---|---|
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, Ned W. Randle , am currently a member in good standing of the U.S. District Court for Eastern District of Missouri , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Ned W. Randle | [signature] | April 12, 2002 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: 37,480 (Missouri Bar No.)

Law Firm Name & Address: Polster, Lieder, Woodruff & Lucchesi, L.C.
763 South New Ballas Road
St. Louis, Missouri 63141

Telephone: (314) 872-8118

Motion Granted: [signature] MMC
For the Court: Richard D. Sletten, Clerk

APR 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

APR 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK